UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| HARVEY FORD, | Civil 06-3039 (JNE/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN E. POTTER, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: September 22, 2006

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                Judge, U.S. District Court